**In The**

***Court of Appeals***

***Ninth District of Texas at Beaumont***

_____

**NO. 09-24-00038-CR**
_____

**KOLBY STEVEN KITE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

_____

**On Appeal from the 9th District Court**
**Montgomery County, Texas**
**Trial Cause No. 22-07-09404-CR**
_____

**MEMORANDUM OPINION**

On February 22, 2024, before the District Clerk filed the clerk's record in this appeal, Kolby Steven Kite and his appellate counsel personally appeared before the trial court and announced that Kite desired to waive his appeal. The trial court asked Kite if he wanted to waive his right of appeal at this time and withdraw the notice of appeal filed in Trial Cause Number 22-07-09404-CR. Kite answered in the affirmative. On May 8, 2024, Kite filed a motion to dismiss the appeal that is signed by counsel but not by Kite.

1

Appellant's statements in open court in the presence of his attorney constitute good cause to suspend the operation of Rule 42.2(a) in accordance with Rule 2, and not require Kite personally sign the written motion to dismiss. *See* Tex. R. App. P. 2, 42.2(a). The appellant voluntarily abandoned the appeal before our opinion issued. Accordingly, we dismiss the appeal. *See id*. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on May 28, 2024
Opinion Delivered May 29, 2024
Do Not Publish

Before Golemon, C.J., Johnson and Wright, JJ.